# EXHIBIT 1

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,228,960

**United States Patent and Trademark Office**  Registered Mar. 1, 1983

## TRADEMARK
Principal Register



Arco Industries Ltd. (Hong Kong corporation)
505 Star House
Kowloon, Hong Kong

For: TOY VEHICLES HAVING 4-WHEEL DRIVE, in CLASS 28 (U.S. Cl. 22).

First use Apr. 13, 1981; in commerce Apr. 13, 1981.

No claim is made to the exclusive right to use the representation of two wheels, apart from the mark as shown.

Ser. No. 313,073, filed Jun. 3, 1981.

WILBUR C. DAVIS, Examining Attorney

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,387,617

United States Patent and Trademark Office  Registered Mar. 25, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## BIG FOOT

ARCO INDUSTRIES LTD. (HONG KONG CORPORATION)
800 SHAMES DR.
WESTBURY, NY 11590

FOR: TOY VEHICLES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 4-13-1981; IN COMMERCE 4-13-1981.
OWNER OF U.S. REG. NO. 1,228,960.

SER. NO. 424,692, FILED 5-6-1983.

AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 37 and 38

**United States Patent and Trademark Office** Reg. No. 1,433,779
Registered Mar. 24, 1987

# TRADEMARK
## PRINCIPAL REGISTER

## BIGFOOT

BIGFOOT 4X4, INCORPORATED (MISSOURI CORPORATION)
617 PLANTMORE
ST. LOUIS, MO 63135

FOR: PHOTOGRAPHS, POSTERS, CALENDARS, IRON-ON TRANSFERS, AND CATALOGS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 7-0-1976; IN COMMERCE 7-0-1976.

SER. NO. 416,166, FILED 3-7-1983.

STEVEN L. CATALANO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,973,606

United States Patent and Trademark Office Registered May 14, 1996

## TRADEMARK
PRINCIPAL REGISTER

### BIGFOOT

BIGFOOT 4X4, INCORPORATED (MISSOURI CORPORATION)
6311 N. LINDBERGH
HAZELWOOD, MO 63042

FOR: T-SHIRTS, JERSEYS, JACKETS AND CAPS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0-0-1979; IN COMMERCE 0-0-1979.

OWNER OF U.S. REG. NOS. 1,387,617, 1,448,582 AND OTHERS.

SER. NO. 74-482,912, FILED 1-25-1994.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,125,288
Registered Aug. 8, 2006

## TRADEMARK
### PRINCIPAL REGISTER

### BIGFOOT

BIGFOOT 4X4, INCORPORATED (MISSOURI CORPORATION)
6311 N. LINDBERGH
HAZELWOOD, MO 63042

FOR: VIDEOTAPES FEATURING MONSTER TRUCKS; INTERACTIVE VIDEO GAME PROGRAMS FEATURING MONSTER TRUCKS; MULTIMEDIA SOFTWARE RECORDED ON CD ROM IN THE FIELD OF MONSTERS TRUCK RACES AND DEMONSTRATIONS; AND DIGITAL VIDEO DISCS FEATURING MONSTER TRUCKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

OWNER OF U.S. REG. NOS. 1,228,960, 1,446,868 AND OTHERS.

SER. NO. 76-350,720, FILED 12-19-2001.

MONIQUE MILLER, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 3,641,155
Registered June 16, 2009

TRADEMARK
PRINCIPAL REGISTER

# BIGFOOT 4X4

BIGFOOT 4X4, INC. (MISSOURI CORPORATION)
6311 N. LINDBERGH BLVD.
HAZELWOOD, MO 630422876

FOR: MONSTER TRUCKS WITH TIRES EQUAL TO OR GREATER THAN 48 INCHES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-28-2005; IN COMMERCE 1-28-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,387,617, 1,973,606, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "4X4", APART FROM THE MARK AS SHOWN.

SN 78-344,220, FILED 12-22-2003.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cls.: 9, 12 and 25

Prior U.S. Cls.: 19, 21, 22, 23, 26, 31, 35, 36, 38, 39 and 44

United States Patent and Trademark Office

Reg. No. 3,126,294
Registered Aug. 8, 2006

## TRADEMARK
### PRINCIPAL REGISTER

*Snake Bite* (stylized logo)

BIGFOOT 4X4, INC (MISSOURI CORPORATION)
6311 N LINDBERGH BLVD
HAZELWOOD, MO 630422876

FOR: VIDEOTAPES FEATURING ENTERTAINMENT EXHIBITIONS AND MECHANICAL AND TECHNICAL INFORMATION RELATED TO MONSTER TRUCKS; INTERACTIVE VIDEO GAME PROGRAMS, MULTIMEDIA SOFTWARE RECORDED ON CD ROM FEATURING MONSTER TRUCKS; AND PRERECORDED DVDS FEATURING ENTERTAINMENT EXHIBITIONS AND MECHANICAL AND TECHNICAL INFORMATION RELATED TO MONSTER TRUCKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-1-1992; IN COMMERCE 7-1-1992.

FOR: VEHICLES, PARTICULARLY PICK-UP TRUCKS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 4-1-1991; IN COMMERCE 4-1-1991.

FOR: T-SHIRTS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-1992; IN COMMERCE 7-1-1992.

OWNER OF U.S. REG. NO. 2,786,456.

SEC. 2(F).

SER. NO. 78-678,260, FILED 7-26-2005.

JOANNA DUKOVCIC, EXAMINING ATTORNEY